MARY J. H. HUNT, Appellant, v. INDUSTRIAL COMMISSION OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on payment of costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JAMES FARRELL, Respondent, v. FLINN-O'ROURKE COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

AMALGAMATED PRESS, LTD., Appellant, v. AMALGAMATED PRESS, INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion.— Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of the Application of JAMES F. MCDONALD, Appellant, for a Judicial Construction of the Will of CHARLES H. CARR, Deceased, on the Appeal of Petitioner. LUCY F. MCGUIRE, Individually and as Executrix, etc., and Another, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of Proving the Last Will and Testament of JEANNIE HAMILTON HEATON, Deceased, as a Will of Real and Personal Property. JACOB HOWARD CROPLEY, as Executor, etc., Appellant; CHARLES A. HEATON and Another, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Clarke, P. J., dissented.

EDGAR F. STURTEVANT, Respondent, v. FISS, DOERR & CARROLL HORSE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SAMUEL KRACHMALNIK, Respondent, v. PETER ORANCE, Appellant.— — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIANO ZANNI, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of ABRAHAM GOLDFARB.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

LEWIS L. ROSENTHAL, Appellant, v. THE No. 1450 BROADWAY COR-PORATION, Respondent.— Determination affirmed, with costs, and judgment absolute directed against the plaintiff upon his stipulation, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. GEORGE WURM, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

CONGREGATION B'NAI YOSHUREM ONSHA KOLNA, Respondent, v. JACOB J. EICHNER and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.